| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>CHRISTOPHER J. KERN, ESQUIRE<br>525 Route 73 North<br>Building #5, Suite 104<br>Marlton, NJ 08053<br>(856) 751-4771<br>Attorneys for Debtor<br>By:  Christopher J. Kern, Esquire (CJK – 5314) |

IN RE:                                                                                      BANKRUPTCY CASE NO. 12-12977

Arthur Watson                                                                    JUDGE:    ABA
                    Debtor
                                                                                                    CHAPTER 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
**■ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
**☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor(s) in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. \_\_\_\_\_     Motion for Relief from the Automatic Stay/Motion to Dismiss filed
           By creditor,

   A hearing has been scheduled for _____ at **10:00** a.m.

                                                **OR**

   \_\_\_\_\_ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _____ at _____

   \_\_\_\_\_ Certification of Default filed by _____, creditor,

   I am requesting a hearing be scheduled on this matter.

                                                **OR**

   **XX**  Certification of Default filed by Standing Chapter 13 Trustee

   I am requesting a hearing be scheduled on this matter.

2.         I am objecting to the above for the following reasons: **(choose one):**

__XX__   Payments have been made but have not been accounted for.
**Debtor has $1,500.00 on hand and will raise money to be current by the hearing date.**

_____   Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**): _____

_____   Other (**explain your answer**): _____

3.   This certification is being made in an effort to resolve the issue raised by the creditor in its motion.

4.   I certify under penalty of perjury that the foregoing is true and correct.

DATED: __11/15/2015__                              /s/ Arthur Watson
                                                   Debtor

                                                   _____
                                                   Debtor

**NOTE:**

1.   This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2.   This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under and Order *Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will scheduled.**

6/20/06/jml