UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  : Case No.: __12-12977___

Arthur H. Watson

Adv. No.: _____

Judge: __ABA_____

Debtor (s),

Chapter: _____13_____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:**    To Consider Debtor(s)' Objection to
                           Trustee's Certification of Non-payment

**Location of Hearing:**    Courtroom No. _4-B_
                            Mitchell H. Cohen U.S. Courthouse
                            400 Cooper Street
                            Camden, NJ

**Date and Time:**    January 27, 2017@9:00AM,
                      or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _✔_ ARE REQUIRED    _____ ARE NOT REQUIRED

DATED:    11/17/2016            JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 11/17/_____, 20 16 the foregoing notice was served on the following:

Arthur H. Watson
Christopher J. Kern
Isabel C. Balboa, Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur H. Watson  
    Debtor

Case No. 12-12977-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Nov 17, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.
db              +Arthur H. Watson,    525 Newton Lake Drive,    Apt. D 726,    Collingswood, NJ 08107-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
      Christopher J. Kern    on behalf of Debtor Arthur H. Watson cjkernlaw@comcast.net
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
      Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
                                                                                                                TOTAL: 6