| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>CHRISTOPHER J. KERN, ESQUIRE<br>525 Route 73 North<br>Building #5, Suite 104<br>(856) 751-4771<br>Attorney for Debtor<br>By: Christopher J. Kern, Esquire (CJK – 5314) |

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 12-12977 |
| Arthur Watson | JUDGE: ABA |
| Debtor(s) | CHAPTER 13 |

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO**
☐ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
■ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor(s) in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. _____ Motion for Relief from the Automatic Stay filed
By _____ creditor,

A hearing has been scheduled for _____ at \_\_\_\_\_ a.m.

**OR**

**XX** Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for \_\_January 27, 2107 at \_9:00 am\_\_

_____ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

**OR**

\_\_\_\_\_ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons: **(choose one):**

      ‗‗‗‗‗    Payments have been made but have not been accounted for.

    **XX**    Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):
**Debtor is raising funds to be current.**

    ‗‗‗‗‗    Other (**explain your answer**):

3.      This certification is being made in an effort to resolve the issue raised by the creditor in its motion.

4.      I certify under penalty of perjury that the foregoing is true and correct.

DATED:   12/9/2016                                      /s/ Arthur Watson
                                                                         Debtor

                                                                            Debtor

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under and Order *Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will scheduled.**