# Office of the Chapter 13 Standing Trustee

### Isabel C. Balboa, Chapter 13 Standing Trustee†

*Jane L. McDonald, Counsel*　　　　　　　　　　　　　　　　　　　　*Kelleen E. Stanley**
*Raymond H. Shockley, Jr. Staff Attorney*　　　　　　　　　　　　　　*Jennie P. Archer**
*Jennifer R. Gorchow, Staff Attorney*　　　　　　　　　　　　　　　　*Jenai M. Cerquoni**

*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

December 13, 2016

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:　　Chapter 13 Bankruptcy
　　　　Debtor(s) Name:　　Arthur H. Watson
　　　　Case No:　　12-12977　ABA
　　　　Hearing Date:　　N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application.

The proposed form of order filed with the Motion/Application, fails to indicate a correct monthly Trustee payment going forward.  Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $1,426.00 per month for two (2) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*OFFICE OF THE CHAPTER 13*
　　　　　　　　　　　　　　　　　　*STANDING TRUSTEE*

　　　　　　　　　　　　　　　　　　*/s/ Isabel C. Balboa*

　　　　　　　　　　　　　　　　　　ISABEL C. BALBOA
　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee

ICB:lka

c:　　Christopher J. Kern, Esquire　(Debtor(s) Attorney)　(Via Electronic Case Filing / ECF)
　　　Arthur H. Watson　(Debtor)　(Via Regular Mail)

Cherry Tree Corporate Center　　　　　　　　　　　　　　　　　　　　　　　　**Payments Only:**
535 Route 38
Suite 580　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 1978**
Cherry Hill, NJ 08002　　　　　　　　　　　　　　　　　　　　　　　　　**Memphis, TN 38101-1978**
(856) 663-5002