| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 2004-2(c)**<br>CHRISTOPHER J. KERN, ESQUIRE<br>525 Route 73 North<br>Building #5, Suite 104<br>Telephone No. (856) 751-4771<br>Attorney for Debtor(s)<br>By: Christopher J. Kern, Esquire (CJK-5314) | **Order Filed on December 19, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Arthur H. Watson<br><br>           Debtor(s) | Case No.: 12-12977<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: ABA |

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: December 19, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is

ORDERED that <u>Christopher J. Kern, Esquire</u>, the applicant, is allowed a fee of **$400.00** for services rendered and expenses in the amount of $ <u>**N/A**</u> for a total of **$400.00**. The allowance shall be payable:

<u>  **XXX**  </u>        through the Chapter 13 plan as an administrative priority.

<u>          </u>        outside the plan.

The debtor's monthly plan is modified to require a payment of **$1,426.00** per month for **2** months to allow for payment of the above.

rev. 8/1/15