| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 2004-2(c)**<br>CHRISTOPHER J. KERN, ESQUIRE<br>525 Route 73 North<br>Building #5, Suite 104<br>Telephone No. (856) 751-4771<br>Attorney for Debtor(s)<br>By:  Christopher J. Kern, Esquire (CJK-5314) | Order Filed on December 19, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Arthur H. Watson<br><br>          Debtor(s) | Case No.:  12-12977<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: ABA |

### AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: December 19, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is

ORDERED that <u>Christopher J. Kern, Esquire</u>, the applicant, is allowed a fee of **$400.00** for services rendered and expenses in the amount of $ <u> **N/A** </u> for a total of **$400.00**.  The allowance shall be payable:

<u>  **XXX**  </u>        through the Chapter 13 plan as an administrative priority.

<u>            </u>        outside the plan.

The debtor's monthly plan is modified to require a payment of **$1,426.00** per month for **2** months to allow for payment of the above.

rev. 8/1/15

Case 12-12977-ABA    Doc 105    Filed 12/21/16    Entered 12/22/16 00:37:46    Desc
Imaged Certificate of Notice    Page 3 of 3

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 12-12977-ABA
Arthur H. Watson                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Dec 19, 2016
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db             +Arthur H. Watson,    525 Newton Lake Drive,    Apt. D 726,    Collingswood, NJ 08107-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Christopher J. Kern    on behalf of Debtor Arthur H. Watson cjkernlaw@comcast.net
              Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7