CHRISTOPHER J. KERN, ESQUIRE
525 Route 73 North
Suite 104
Marlton, NJ 08053
(856) 751-4771
Attorney for Debtor
By: Christopher J. Kern, Esquire (CJK – 5314)

Order Filed on February 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Arthur H. Watson | : | BANKRUPTCY CASE NO. 12-12977 (ABA) |
| Debtor | : | CHAPTER 13 |
| | : | HEARING DATE: **February 28, 2017 at 10:00am** |
| | : | ORAL ARGUMENT WAIVED |

### ORDER REINSTATING DEBTORS CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: February 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**In re Arthur H. Watson: 12-12977 (ABA)**
**Order Reinstating Debtors Case**

This matter being opened to the Court by the Debtor, through their attorney, with notice to the Trustee and all Creditors per the Mail Matrix and that the Court having reviewed the application of the Debtor(s) and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

**IT IS** hereby **ORDERED**

1. The Debtor's Case is hereby reinstated.

2. All monies will be delivered to the Trustee within 30 days of the date of this order.