CHRISTOPHER J. KERN, ESQUIRE
525 Route 73 North
Suite 104
Marlton, NJ 08053
(856) 751-4771
Attorney for Debtor
By: Christopher J. Kern, Esquire (CJK – 5314)

Order Filed on February 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
| | : | FOR THE DISTRICT OF NEW JERSEY |
| Arthur H. Watson | : | BANKRUPTCY CASE NO. 12-12977 (ABA) |
| Debtor | : | CHAPTER 13 |
| | : | HEARING DATE: **February 28, 2017 at 10:00am** |
| | : | ORAL ARGUMENT WAIVED |

## ORDER REINSTATING DEBTORS CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**

**DATED: February 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**In re Arthur H. Watson: 12-12977 (ABA)**
<u>**Order Reinstating Debtors Case**</u>

This matter being opened to the Court by the Debtor, through their attorney, with notice

to the Trustee and all Creditors per the Mail Matrix and that the Court having reviewed the

application of the Debtor(s) and any objections thereto and being of the opinion that the relief is

appropriate and warranted and for good cause shown:

    **IT IS** hereby **ORDERED**

        1.      The Debtor's Case is hereby reinstated.

        2.      All monies will be delivered to the Trustee within 30 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-12977-ABA
Arthur H. Watson                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Feb 28, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2017.
db              +Arthur H. Watson,    525 Newton Lake Drive,    Apt. D 726,    Collingswood, NJ 08107-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Christopher J. Kern    on behalf of Debtor Arthur H. Watson cjkernlaw@comcast.net
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7