# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr. Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Jenai M. Cerquoni\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

March 7, 2017

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:    Arthur H. Watson
      Case No:           12-12977   ABA
      Hearing Date:      N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application.

A Motion/Application for Compensation was recently filed on March 6, 2017. However, a Motion/Application for Compensation was previously submitted with the Court on December 9, 2016, in which the Order was entered on December 19, 2016.

Pursuant to, DNJ L.R.B. 2016-5 (b)(3), a supplemental fee application in a Chapter 13 case may not be submitted more than once every 120 days.

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Christopher J. Kern, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Arthur H. Watson   (Debtor)   (via regular mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978