# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Jenai M. Cerquoni\** |

*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

April 17, 2017

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
       Debtor(s) Name:      Arthur H. Watson
       Case No:             12-12977   ABA
       Hearing Date:        N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to the application for compensation filed on April 10, 2017 in the above-captioned matter.

An application for compensation was previously submitted with the Court on March 6, 2017. When this application was filed, 120 days had not passed prior to the application filed on December 9, 2016. Therefore, a limited objection was filed by our office on March 7, 2017.

As of today's date, the Court docket does not reflect a status change form as being filed to withdraw the fee application filed on March 6, 2017.

Pursuant to, DNJ L.R.B. 2016-5 (b)(3), a supplemental fee application in a Chapter 13 case may not be submitted more than once every 120 days.

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Raymond H. Shockley, Jr.*

**RAYMOND H. SHOCKLEY, JR.**
Attorney for Isabel C. Balboa
Chapter 13 Standing Trustee

ICB:lka

c:   Christopher J. Kern, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Arthur H. Watson   (Debtor)   (via first class mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978