UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
CHRISTOPHER J. KERN, ESQUIR
525 Route 73 North
Building #5, Suite 104
Marlton, NJ 08053
856-751-4771
By: Christopher J. Kern (CJK-5314)
Attorney for Debtor(s)

Order Filed on May 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Arthur H. Watson

Case No.: 12-12977
Chapter: 13
Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Christopher J. Kern, Esquire_____, the applicant, is allowed a fee of $ ____500.00____ for services rendered and expenses in the amount of $____n/a____ for a total of $____500.00____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a____ per month for ____n/a____ months to allow for payment of the above fee.

*rev 8/1/15*