Form clsnodsc – ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12−12977−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur H. Watson
   525 Newton Lake Drive
   Apt. D 726
   Collingswood, NJ 08107

Social Security No.:
   xxx−xx−2057

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

   You are hereby notified that the above−named case will be closed without entry of discharge on or after August 11, 2017 for the reason(s) indicated below.

☑   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 12, 2017
JAN: kvr

Jeanne Naughton
Clerk